# Court of Appeals
# of the State of Georgia

ATLANTA,    April 17, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0308.  SARAH MICHELLE SUTTON v. COREY GIDDENS.**

Sarah Michelle Sutton seeks to appeal the trial court's order granting Corey Giddens's petition to legitimate the parties' minor child and establishing custody and visitation. Under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, [or] refusing to change . . . child custody" are directly appealable. The order at issue was directly appealable under OCGA § 5-6-34 (a) (11) "as it involved the establishment of legal custody over [the] child." *Caldwell v. Meadows*, 312 Ga. App. 70, 77 (4) (717 SE2d 668) (2011).  The order also granted Giddens visitation, which "is considered a custody issue." *Daniels v. Barnes*, 289 Ga. App. 897, 899, n. 1 (658 SE2d 472) (2008); see also OCGA § 19-9-41 (4) (defining "child custody proceeding" as "a proceeding in which legal custody, physical custody, or visitation with respect to a child is an issue.").

This Court will grant an otherwise timely discretionary application if the lower court's order is directly appealable and the applicant has not already filed a notice of appeal.  See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED. Sutton shall have ten days from the date of this order to file a notice of appeal with the trial court.  If, however, she has already filed a notice of appeal, she need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 04/17/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*